# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re:  JOHN E. BRYAN § Case No. 12-82620
       CYNTHIA R. BRYAN §
                                 §
              Debtors §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/05/2012.

2) The plan was confirmed on 02/22/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 08/19/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/21/2012, 07/09/2013, 02/05/2014, 03/21/2014, 06/05/2014, 08/08/2014.

5) The case was dismissed on 08/08/2014.

6) Number of months from filing or conversion to last payment: 24.

7) Number of months case was pending: 27.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $2,701.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 22,570.00 | |
| Less amount refunded to debtor | $ 2,325.00 | |
| **NET RECEIPTS** | | $ 20,245.00 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 3,000.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 1,199.26 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 4,199.26 |
| Attorney fees paid and disclosed by debtor: | $ 500.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BRIAN A. HART LAW OFFICES | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 3,000.00 | 0.00 |
| TITLE LENDERS INC | Sec | 1,000.00 | 1,358.21 | 1,000.00 | 769.19 | 70.81 |
| TITLE LENDERS INC | Uns | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| BENEFICIAL FINANCIAL I INC | Sec | 56,863.70 | 56,863.70 | 56,863.70 | 15,125.74 | 0.00 |
| BENEFICIAL FINANCIAL I INC | Uns | 53,000.00 | 54,202.38 | 54,202.38 | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Sec | 500.00 | 7,292.62 | 67.90 | 67.90 | 12.10 |
| SPRINGLEAF FINANCIAL SERVICES | Uns | 6,000.00 | 0.00 | 7,224.72 | 0.00 | 0.00 |
| ADVOCATE HEALTH CARE | Uns | 320.00 | NA | NA | 0.00 | 0.00 |
| ALLSTATE INSURANCE | Uns | 182.00 | NA | NA | 0.00 | 0.00 |
| AMG / IM-BARRINGTON | Uns | 12.00 | NA | NA | 0.00 | 0.00 |
| CARY PT & SPORTS REHAB | Uns | 123.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA PRIMARY CARE | Uns | 216.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL STATES OPEN MRI | Uns | 517.00 | NA | NA | 0.00 | 0.00 |
| CHASE / BANK ONE | Uns | 1,011.00 | NA | NA | 0.00 | 0.00 |
| CODY CHIROPRACTIC WELLNESS | Uns | 181.00 | NA | NA | 0.00 | 0.00 |
| DR LAWRENCE KERNS MD | Uns | 283.00 | NA | NA | 0.00 | 0.00 |
| FAMILY MEDICAL CENTER | Uns | 93.00 | NA | NA | 0.00 | 0.00 |
| GOOD SHEPHERD HOSPITAL | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| HOPE CHIROPRACTIC & REHAB | Uns | 840.00 | NA | NA | 0.00 | 0.00 |
| LAKE COOK ORTHOPEDIC ASSOC | Uns | 161.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL | Uns | 4,680.00 | 4,680.36 | 4,680.36 | 0.00 | 0.00 |
| MAHASKA HEALTH PARTNERSHIP | Uns | 180.00 | NA | NA | 0.00 | 0.00 |
| MCHENRY COUNTY | Uns | 729.00 | NA | NA | 0.00 | 0.00 |
| MEDSERV INC / GORDON | Uns | 60.00 | NA | NA | 0.00 | 0.00 |
| MHP BEHAVIORAL HEALTH SVCS | Uns | 256.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST ORTHOPAEDICS AT RUSH | Uns | 1,179.00 | NA | NA | 0.00 | 0.00 |
| ORAL HEALTH CARE LLC | Uns | 468.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY ASSOCIATES | Uns | 104.00 | NA | NA | 0.00 | 0.00 |
| RUSH SURGICENTER | Uns | 462.00 | NA | NA | 0.00 | 0.00 |
| SAFEWAY | Uns | 282.00 | NA | NA | 0.00 | 0.00 |
| SPRINGLEAF FORMERLY AGF | Uns | 10,590.00 | NA | NA | 0.00 | 0.00 |
| PLS FINANCIAL SERVICES INC | Uns | 6,900.00 | 3,797.44 | 0.00 | 0.00 | 0.00 |
| UNIVERSITY ANESTHESIOLOGISTS | Uns | 471.00 | NA | NA | 0.00 | 0.00 |
| USA LOANS | Uns | 816.00 | NA | NA | 0.00 | 0.00 |
| WEST SUBURBAN CURRENCY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WESTERN SKY FINANCIAL LLC | Uns | 2,649.00 | NA | NA | 0.00 | 0.00 |
| WORK SYSTEMS REHAB | Uns | 275.00 | NA | NA | 0.00 | 0.00 |
| KELLY BRYAN | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CASHCALL INC | Uns | 0.00 | 2,921.01 | 2,921.01 | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 0.00 | 802.78 | 0.00 | 0.00 | 0.00 |
| COMMONWEALTH EDISON CO | Uns | 619.00 | 752.30 | 752.30 | 0.00 | 0.00 |
| DOMINICKS FINER FOODS | Uns | 282.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 400.00 | 235.17 | 235.17 | 0.00 | 0.00 |
| TRS RECOVERY SERVICES | Uns | 282.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 56,863.70 | $ 15,125.74 | $ 0.00 |
| Debt Secured by Vehicle | $ 1,067.90 | $ 837.09 | $ 82.91 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 57,931.60 | $ 15,962.83 | $ 82.91 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 70,015.94 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 4,199.26 |
| Disbursements to Creditors | $ 16,045.74 |
| **TOTAL DISBURSEMENTS:** | $ 20,245.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  10/30/2014                    By:  /s/ Lydia S. Meyer
                                          Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)